United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PEDRO ENRIQUE BARZOLA GARCIA ) <br> ) <br> vs. ) <br> ) <br> BOBBY LUMPKIN, DIRECTOR, ) <br> TEXAS DEPARTMENT OF CRIMINAL ) <br> JUSTICE, CORRECTIONAL ) <br> INSTITUTIONS DIVISION ) | CIVIL ACTION NUMBER <br> M-22-242 |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's Pedro Enrique Barzola Garcia's cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the conclusion in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 28 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 28th day of March, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE